UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

DOYAL JAMES MORGAN )
)
v. ) NO. 2:09-CV-112
) *Greer/Inman*
HAMBLEN COUNTY SHERIFF'S )
DEP'T, EUGENE WATSON, MATT )
WEBB, NATHAN BALES, *et al.* )

## **MEMORANDUM**

This is a *pro se* prisoner's civil rights action for injunctive and monetary relief under 42 U.S.C. § 1983. A copy of an order entered in this lawsuit was mailed to plaintiff at the address he listed as his current address in his complaint, but was returned to the Court by the postal authorities more than one year ago, marked, "Refused," (Doc. 7). Plaintiff has failed to engage in any further communication with the Court about his case, and the Court can only conclude that he has lost interest in pursuing this matter.

Therefore, this action will be **DISMISSED** by separate order for plaintiff's failure to prosecute his claims. *See* Rule 41(b), Federal Rules of Civil Procedure.

**ENTER**:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE